# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

8/22/17
11:05 am PST
Thad Mendoza
0000408
415-624-0791
inperson.

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* Citi BANK, Chase
BANK, BANK of AMERICA Wells Fargo

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Samuel Patterson JR. & All
Similarly Situated

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | **CASE NUMBER:**<br>*(Número del Caso):*<br>**CGC - 17 - 560824** |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Samuel Patterson JR   9463
1244 North Point
Dr. San Francisco

**DATE:** 8-18-17        Clerk, by _____, Deputy
*(Fecha)*                 *(Secretario)*            *(Adjunto)*

**NEYL WEBB**
**Clerk of the Court**

AUG 18 2017

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citátion use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

22/Aug/2017 10:17:52 AM     Bank of America 415-216-0707

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

SAMUEL PATTERSON JR.
1244 North Point Dr. #A San Francisco CA. 94103

TELEPHONE NO.: 415-796-2849    FAX NO.:
ATTORNEY FOR (Name):

**FILED**
San Francisco County Superior Court

AUG 1 8 2017

CLERK OF THE COURT
BY: _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: **SAN FRANCISCO SUPERIOR COURT**
MAILING ADDRESS: **400 McALLISTER - ROOM 103**
CITY AND ZIP CODE: **SAN FRANCISCO CA 94102-4512**
BRANCH NAME:

CASE NAME: Breech of Contract

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: CGC - 17 - 5 6 0 8 2 4 |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000)   ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☑ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☑ is ☐ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☑ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☑ Substantial amount of documentary evidence
   d. ☑ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☐ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive

4. Number of causes of action (specify):

5. This case ☑ is ☐ is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 9-18-17

SAMUEL PATTERSON JR.
(TYPE OR PRINT NAME)     (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740 Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov |
|---|---|---|

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

SAMUEL PATTERSON JR
1244 NORTH POINT DR #A
SAN FRANCISCO CA-9463

TELEPHONE NO.:          FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*:

**FILED**
San Francisco County Superior Court

AUG 18 2017

CLERK OF THE COURT

Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:     **SAN FRANCISCO SUPERIOR COURT**
MAILING ADDRESS:    **400 McALLISTER - ROOM 103**
CITY AND ZIP CODE:  **SAN FRANCISCO CA 94102-4512**
BRANCH NAME:

PLAINTIFF: SAMUEL PATTERSON JR, & similarly situated

DEFENDANT: WELLS FARGO BANK CITI BANK, CHASE BANK, & BANK OF AMERICA

☐ DOES 1 TO _____

|  | CONTRACT |  |
|---|---|---|
| ☑ COMPLAINT | ☐ AMENDED COMPLAINT *(Number)*: |  |
| ☐ CROSS-COMPLAINT | ☐ AMENDED CROSS-COMPLAINT *(Number)*: |  |

**Jurisdiction** *(check all that apply)*:
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded ☐ does not exceed $10,000
              ☐ exceeds $10,000 but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:
**CGC-17-560824**

1. Plaintiff *(name or names)*:
SANTTA , SAMUEL PATTERSON JR

alleges causes of action against defendant *(name or names)*:
BANK OF AMERICA, CITI BANK, CHASE BANK & WELLS FARGO BANK

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. a. Each plaintiff named above is a competent adult
   ☐ except plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ other *(specify)*:

  b. ☐ Plaintiff *(name)*: SAMUEL PATTERSON JR
    a. ☑ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*.

    b. ☑ has complied with all licensing requirements as a licensed *(specify)*.

  c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c

4. a. Each defendant named above is a natural person
   ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]
COMPLAINT—Contract
Page 1 of 2
Code of Civil Procedure, § 425.12

PLD-G-00

| SHORT TITLE: Patterson v All Similarly Situated | CASE NUMBER: |
|---|---|

**4.** *(Continued)*

b. The true names of defendants sued as Does are unknown to plaintiff.

(1) ☐ Doe defendants *(specify Doe numbers):* ____4____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.

(2) ☑ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.

d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

Chase Bank, Citi Bank, Wells Fargo Bank, & Bank of Amer

**5.** ☑ Plaintiff is required to comply with a claims statute, and

a. ☑ has complied with applicable claims statutes, or

b. ☐ is excused from complying because *(specify):*

**6.** ☑ This action is subject to ☑ Civil Code section 1812.10 ☑ Civil Code section 2984.4.

**7.** This court is the proper court because

a. ☑ a defendant entered into the contract here.

b. ☑ a defendant lived here when the contract was entered into.

c. ☑ a defendant lives here now.

d. ☑ the contract was to be performed here.

e. ☑ a defendant is a corporation or unincorporated association and its principal place of business is here.

f. ☐ real property that is the subject of this action is located here.

g. ☐ other *(specify):*

**8.** The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

☑ Breach of Contract

☐ Common Counts

☐ Other *(specify):*

**9.** ☑ Other allegations:

Tort damages, racs Discrimation, Fraced,

**10.** Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. ☐ damages of: $ 300,000,000

b. ☐ interest on the damages

(1) ☑ according to proof

(2) ☐ at the rate of *(specify):* ☑ percent per year from *(date):*

c. ☑ attorney's fees

(1) ☐ of: $

(2) ☐ according to proof,

d. ☐ other *(specify):*

**11.** ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers).*

Date: 8-18-17    Patterson

Samuel Patterson
(TYPE OR PRINT NAME)

► Samuel Patterson
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]          **COMPLAINT—Contract**          Page 2 of 2

SAMUEL PATTERSON JR.

1244 NORTHPOINT DR. UNIT A

SAN FRANCISCO CA. 94103

IN PRO-PER

415-796-2849 HOME PHONE


SUERRIOR COURT OF CALIFORNIA COUNTY

SAN FRANCISCO SUPERIOR COURT 400 McALLISTER

ROOM 103 SAN FRANCISCO CA. 94102-4512

1 __25__ DOES                                    CASE NUMBER


SAMUEL PATTERSON JR. AND ALL          RACISM

          VS.                         RACE DISCRIMINATION

      PLAINITIFF'S                    TORT DAMAGES

WELLS FARGO BANK/MS. ROSY DAVALOS     BREECH OF CONTRACT

MR. MEGUEL BUSTOS/CITI BANK/ MS. VICTORIA

JOSEPH/ MR. MARCO CHVARIN/ BANK OF AMERICA

MR. THAD J. MENDOZA/ CHASE BANK/ MR. ELAMI

          DEFENDANT'S

**PAGE 2 PATTERSON & ALL VS. CHASE, BANK OF AMERICA, CITI BANK, WELLS FARGO BANK**

**Cause of Action (1)**

On or about April 17th 2017 Post 198 of the American Legion for Veterans requested funds from Bank of America, Chase Bank, Wells Fargo Bank, & Citi Bank under their Community Reinvestment Program, to help Veterans purchase income property, single family homes, or open up a Small Business, with the Plaintiff's Certificates of Eligibility by earning an Honorable discharge for serving in the U.S. Military.

The areas are Oakland Calif. Richmond Calif and San Francisco Calif.

The four Banks funded Post 198 last year, but many violations were performed by all Banks.

The State of California funds these Banks to help the Community do credit repair, Financial Literacy & Banking understanding.

All four Banks are in violation of the Housing & Community Act, FDIC

Section 802 (b) & 804 (i), of the Federal Reserve System & the (CER) Parts 25, 228, 345, 563 if Federal law.

# CAUSE OF ACTION 2

The State of California allocates funds to each Bank Budget to reinvestment in Communities.

## CAUSE OF ACTION 3

Funds are giving to each Bank to have a member of their staff to conduct each session to teach the Communities,   PAGE 3. the Plaintiff's don't get that kind of treatment from all four

 **PATTERSON & ALL VS. CHASE, BANK OF AMERICA, CITI BANK, WELLS FARGO BANK**

All four Banks know that it will take time, for the Plaintiff's to do repair of their credit, understand Banking information,& Financial literacy. It takes time for the Plaintiff's to file claims for PTSD, Service Connected Benefits or non Service Connected Benefits. The Plaintiff's all paid into a Pension, and when they file for that type of income, they can attend the Workshops so they can purchase a home, income property, or open up a Small Business.

EXHIBIT (2)

Proof that the Community Revitalization and Property Donation Program does exist. Ms. Rosy Davatos, Regional Diverse Segments Manager for Wells Fargo Bank, informed this Plaintiff in a meeting at her Office that Black Veterans can't attend any of their Community Revitalization & Property Donations events. Even when the Plaintiff's brought forth an proposal, that the Post would use that property to house Veterans coming out of Prison & County Jails. The Veterans would enter into our Veterans & Community Finanical/Social Empowerment Workshops, under the Veterans Homeless Program. Their rent would be paid by the Veterans Hud Vash Program, and money would be taken out of their pay from their benefits. The local Banks would teach them at 401 Van Ness Ave. in San Francisco Ca what is needed to know how to purchase income property, Single family homes or open up a Small Business.

Page 3

PAGE 4

Banks after serving this Nation. Each Bank agreed to the dates in which they were to speak on, and each Bank was sent an e-mail with the dates, time, and Location.

### CAUSE OF ACTION 4

The Banks are Redlining African American Veterans and refusing to follow State & Federal laws under the Community Reinvestment Act.

### CAUSE OF ACTION 5

Tort Personal Injury. Each Plaintiff suffers mentally by being denied the right to own a Home, income Property, or open up a Small Business in his or her Community, by the Banks racist action toward the African American Veterans.

The Community Reinvestment Act is intended to encourage depository institutions to help meet the Credit needs of the Community in which they operate, including low & moderate income neighborhoods, consistent with safe and sound operations. It was enacted in 1977 (12 U.S.C. 2901) & was implemented by Regulation BB (12 CFR 228). A Banks performance record is taken into consideration an institution application for deposit facilities. These Banking institutions should have that taken away from them for leaving out African Americans. All the Defendants state that the Banks have charted a destructive path by cutting out African Americans.

**PATTERSON VS. CHASE BANK, CITI BANK, WELLS FARGO BANK, & BANK OF AMERICA**

**PAGE 5**

**TORT PERSONAL MENTAL INJURY:**

EACH VETERAN IS BEING DENIED THE RIGHT TO PURCHASE HIS OR HER OWN HOME, INCOME PROPERTY, OR OPEN UP A SMALL BUSINESS IN HIS OR HER OWN COMMUNITY. THIS ACTION THE BANKS ARE THE AFRICAN AMERICAN VETERANS THEY HAVE DEVELOPED AND SUFFERED MENTAL STRESS

## PAGE 6 PATTERSON VS. CHASE BANK, CITI BANK, WELLS FARGO BANK, & BANK OF AMERICA

The Plaintiff's will prove to the Court that all four Banks are racist toward African Americans in the Bay Area of California

All 4 Banks understand that each Plaintiff credit score is different, & it takes up to 2 years per Veteran to qualify for the Plaintiff's Home Loans, and Small Business loans. Some Veterans will take a shorter time, but once the Empowerment Workshops begin each Veterans has up to two years  to work on his or credit score, because of being low income.

Some of the Plaintiff's need time to file for PTSD, Benefits, Service Connected Benefits, & Non Service Connected Benefits.

After funding the Plaintiff's Empowerment Workshops for 2016, Chase Bank, Citi Bank, Wells Fargo Bank, refused to send their bank representative to teach on credit repair, show the Veterans their list of for sale properties. No representative from the Banks, came to speak on credit repair, Bank information, & financial literacy.

The Plaintiff's Video taped all the Workshops with no representative from Wells Fargo Bank, Citi Bank,  & Chase Bank.

Most of the Plaintiff's are suffering mental disorders and financial hardships because of this racism.

**PAGE 7: PATTERSON & ALL VS. CHASE, BANK OF AMERICA, CITI BANK, WELLS FARGO BANK**

**EXHIBIT (1)**

Proof to the Court that Bank of America, Chase Bank, Wells, Fargo Bank, & Citi Bank has been guilty of non-judicial Foreclosures against those Veterans serving in the military abusive mortgage practices, improper Court filing. EXHIBIT ONE AND TWO.

**EXHIBIT 3**

June 23, 2015, the Plaintiff contacted the CFPB, about race discrimination of the African American Veterans through the Community Reinvestment Act.

**EXHIBIT 4**

Federal Reserve was contacted about race Discrimination May 28, 2015

EXHIBIT 5, 6, 7 Plaintiff contacted CFPB, June 19th 2015, June 11th 2015, June 26th about the Racism that Wells Fargo Bank, Citi Bank, Bank of America, & Bank of America about racism towards the African American Veterans through the CRA BANKING PROGRAM.

Post 198 is working with law enforcement, by suppling jobs as Security Guards around the Bay Area through SPOA. The Post has Solar jobs, and is working with the Mayor's of each City under their Community Programs for grants to help provide housing money for Community members & Veterans. Yet Mr. Thad J. Mendoza at Bank of America, Ms. Victoria Joseph, and Mr. Marco Chavarin of Citi Bank and Mr. Elmar Aslami of Chase Bank told the Plaintiff that donated homes are not for African Americans in our Communities.

**PAGE 8: PATTERSON AND ALL VS. CHASE, CITI, BANK OF AMERICA, & AND WELLS BANK**

**EXHIBIT 5:**

**LETTER TO CHASE BANK, ABOUT RACISM THROUGH THEIR CRA PROGRAM.**

**EXHIBIT 6 Wells Fargo Bank was sent a Letter about racism through their CRA PROGRAM**

**EXHIBIT 7 Letter sent to CONSUMER FINANCIAL Protection Bureau about racism towards the African American Veterans facing racism.**

**Exhibit 8 Letters sent to CFPB about racism toward the African American Veterans. June 11, 2015**

**Exhibit 9 Letter from U.S. Bank supporting our Request of Funds from their CRA Program. U.S. Bank was there at all of the Workshops that of 2016**

**Exhibit 10: names and address of all Plaintiff's filing this Law Suit**

**PATTERSON AND ALL VS. BANK OF AMERICA, CHASE, CITI, AND WELLS FARGO BANKS: PAGE 9:**

## INTERROGATORIES

1. PRODUCE YOUR BANK RECORDS OF THE AMOUNT OF FUNDS IN THE PLAINTIFF'S DISTRICT UNDER YOUR CRA PROGRAM OF THE BAY AREA OF CALIFORNIA
2. PRODUCE YOUR BANK RECORDS FOR STAFF THAT WERE PAID IN THE PLAINTIFF'S AREA UNDER YOUR CRA PROGRAM
3. PRODUCE THE CRA CONTRACT OF BETWEEN THE STATE OF CALIFORNIA AND THE BAY AREA OF CALIFORNIA.
4. PRODUCE THE SALARY OF ALL EMPLOYEE'S WHO WORK WITH THE BAY AREA CRA PROGRAM.
5. PRODUCT YOUR RECORDS OF HOW MUCH FUDS WERE GIVING TTO EACH NON PROFIT IN THE BAY AREA OF CALIFORNIA'
6. PRODUCE YOUR RECORDS OF THE CRA INLDIVIDUALS WHO WERE PAID TO TEACH IN THE BAY AREA OF CALIFORNIA.
7. PRODUCE THE RULES OF THE CRA PROGRAM.
8. PRODUCE YOUR RECORDS OF NON PROFIT PAYMENT TO NON PROFIT ORGANIZATIONS IN THE BAY AREA OF CALIFORNIA
9. PRODUCT A LIST OF ALL THE NON PROFITS ORGANIZATION WHO ARE MEETING THEIR GOALS WITH YOUR FUNDING UNDER THE CRA PROGRAM IN THE BAY AREA.

PATTERSON AND ALL VS. BANK OF AMERICA, CHASE, CITI, AND WELLS FARGO BANKS:  PAGE 10:

## SUBJECT: SUPREME COURT CASES SUPPORTING NO LICENSE NEEDED TO PRACTIC LAW

## REFERENCE COURT CASES:

### Picking v. Pennsylvania R. Co. 151 Fed. 2nd 240

PUKET v. Cox 456 2nd 233. Pro se Pleading are to be considered without regards to technicality, pro se litigants pleadings are not to be held to the same high standards of perfection as lawyers

Platsky v. C.I.A. 953 F. 2nd 25. Additionally, pro se litigants are to be given reasonable opportunity to remedy the defects in their pleading. Reynoldson v. shillinger 907F 2d. 124, 126 (10th Cir. 1990); See also Jaxon v. Circle K. Corp. 773 F. 2nd 1138, 1140 (10th Cir. 1985 (1)

NAACP v. Buton (371 U.S. 415); United Mineworkers of America v. Gibbs (383 U.S. 715); and Johnson v. Avery 89 S. Ct 747 (1969). Members of groups who are competent nonlawyers can assist other members of the group achieve the goals of the group in Court with being charged with "UNAUTHORIZED PRACTICE OF LAW."

Howlett v. Rose, 496 U.S. 356 (1990) Federal Law and Supreme Court cases apply to State Court Cases.

Warnock v. Pecos County, Tex., 88 Fed 341 (5thCir. 1996) Eleventh Amendment does not protect State Officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

# Banks To Pay $123M For Military Mortgage Foreclosures

By Andrew Westney

Law360, New York (February 11, 2015, 5:03 PM EST) -- The U.S. Department of Justice said on Monday that military service members will receive more than $123 million for illegal mortgage foreclosures under the terms of previously announced settlements with five major banks that serviced the mortgages.
Nearly 1,000 service members will be paid for nonjudicial foreclosures on their homes between Jan. 1, 2006, and Apr. 4, 2012, while the service members were on or had recently left active duty, in violation of the Servicemembers Civil Relief Act, the DOJ said in a statement.

JPMorgan Chase Bank NA, Wells Fargo Bank NA, Citibank NA and GMAC Mortgage LLC will pay service members more than $88 million as part of the $25 billion National Mortgage Settlement reached in 2012, and Bank of America has already paid more than $35 million to service members under an earlier settlement, the DOJ said.

"While this compensation will provide a measure of relief, the fact is that service members should never have to worry about losing their home to an illegal foreclosure while they are serving our country," Acting Associate Attorney General Stuart F. Delery said in the statement.

The National Mortgage Settlement, **reached in February 2012**, required the five banks to implement new mortgage loan servicing standards. The deal was meant to resolve claims over abusive mortgage practices, including so-called robosigning, improper court filings, deceptive loan modification practices and failure to offer alternatives outside of foreclosure.

Under the settlement, JPMorgan Chase will pay $31.1 million, Wells Fargo will pay $28.4 million, Citibank will pay $14.9 million and GMAC Mortgage will pay $13.7 million to service members for violations of the SCRA, the DOJ said. The law bars nonjudicial foreclosures against those serving in the military or within a limited post-service period who originated their mortgages before their military service began, even in states that normally allow them, the DOJ said.

The BofA payments to service members who underwent nonjudicial foreclosures were made under a 2011 settlement with the department, according to the statement.

Service members who are entitled to compensation under the National Mortgage Settlement — including some who were foreclosed on after a court order in which a mortgage servicer failed to state whether or not the service member was in military service, and others who didn't receive the SCRA's 6 percent interest rate cap on preservice mortgages — will be identified later in 2015, the DOJ said.

Acting Assistant Attorney General Vanita Gupta thanked the banks in the statement for

Exhibit 1

cooperating in making payments for the foreclosures.

"We look forward, in the coming months, to facilitating the compensation of additional service members who were subjected to unlawful judicial foreclosures or excess interest charges," Gupta said.

A Chase spokesman said in a statement on Wednesday that in all instances involving foreclosures on service members in which the bank identified a violation, it will forgive all mortgage debt and either compensate eligible borrowers with cash based on the property's value when foreclosed on or release its liens on service members still in their homes.

Wells Fargo said in a statement on Wednesday that more than three years ago, the bank worked with the U.S. Department of Defense and other mortgage servicers to better identify service members on active duty.

"Today, Wells Fargo's mortgage servicing practices go above and beyond the protections provided by the Servicemembers Civil Relief Act," the bank said in the statement.

BofA said in a statement on Wednesday that its practices equal or exceed SCRA requirements.

"We are confident that Bank of America's current operations protect against improper foreclosures," the bank said in the statement.

Citibank said in a statement on Wednesday that in keeping with the settlement, the bank continues to update its procedures and controls to comply with the SCRA.

"Citi deeply regrets that some foreclosures were not conducted in accordance with SCRA guidelines and welcomes the opportunity to compensate those service members who were adversely affected," the bank said in the statement.

Representatives for GMAC Mortgage were not immediately available for comment on Wednesday.

On Feb. 2, New York Attorney General Eric Schneiderman's bid to enforce the terms of the National Mortgage Settlement was shot down when a D.C. federal judge ruled that the allegations of noncompliance against Wells Fargo were insubstantial.

Schneiderman filed a motion to compel enforcement against Wells Fargo in October 2013, saying that the bank was subjecting homeowners to "Kafkaesque" delays and obstructions in the loan modification process and asking the court to force Wells Fargo to comply with the settlement's prescribed loan modification timelines.

U.S. District Judge Rosemary M. Collyer agreed in her decision with Wells Fargo's contention that the allegations dealt with only a small fraction of the loans the bank services in New York, ruling that to allow a suit on such insignificant failings would lead to a glut of lawsuits.

Exhibit 2



**cfpb** Consumer Financial
Protection Bureau

P. O. Box 4503
Iowa City, Iowa 52243

June 23, 2015

Samuel Patterson
1244 Northpoint Dr. Unit A
San Francisco, CA 94103

Subject: Your submission, number 150605-000853

Dear Samuel Patterson:

We wanted to let you know that the company responded to your complaint.

**What happens next?**

Review the company's response:

- Log in to help.consumerfinance.gov/app/account/complaints/list to read it online, or
- Call us at (855) 411-CFPB (2372) and we'll talk it over with you.

It should include the steps they took, or will take, in response to your complaint.

If you're okay with the company's response, then you're finished! If you aren't okay with it, let us know by calling us to dispute it, or by clicking "dispute" when you review the response online.

Also, we've published your complaint in two online databases. Your complaint – without any information that could be used to identify you – has been published on our website in the Consumer Complaint Database, where it can be used to help other consumers: consumerfinance.gov/ComplaintDatabase. It's also been shared with the Federal Trade Commission, where they've added it to a database for state and federal law enforcement agencies.

Exhibit 3

consumerfinance.gov

22/Aug/2017 10:17:52 AM          Bank of America 415-218-0707



# FEDERAL RESERVE
# CONSUMER HELP

June 4, 2015

Samuel Patterson Jr
1244 Northpoint Dr. Unit A
San Francisco, CA 94103-1025

Dear Samuel Patterson Jr:

This letter is to acknowledge our receipt of your correspondence on May 28, 2015.

Please be advised that JPMorgan Chase Bank, Citibank and Wells Fargo Bank are subject to supervisory oversight by the **Consumer Financial Protection Bureau (CFPB)** for certain consumer protection laws and regulations. Accordingly, we are forwarding your correspondence to that agency, at the address below, for appropriate attention.

Consumer Financial Protection Bureau
PO Box 4503
Iowa City, IA 52244

Website: www.consumerfinance.gov

Phone: 855-411-2372
Fax: 855-237-2392
TTY: 855-687-2372

We hope that this information is helpful to you.

Sincerely,
Federal Reserve Consumer Help Center

Exhibit 4

**Executive Office (Mail Code OH4-7129)**
3415 Vision Drive
Columbus, OH 43219-6009

**CHASE ⚙**

June 19, 2015

00113: 1 of LNBPOMCLD Z1 0 000000
Samuel Patterson Jr.
1244 North Point Drive Unit A
San Francisco, CA 94103

**We apologize that the service you received did not meet your expectations**
Reference Number: 20150609EOTLB0175

Dear Samuel Patterson Jr:

We're writing about your inquiry from June 9, 2015, to the Consumer Financial Protection Bureau, that we received on the same day, about possible discrimination toward African American Veterans. We appreciate the service and sacrifice that Military personnel and their families provide for our country, and take our obligation to support Military families seriously.

We apologize that the service you received did not meet your expectations. Our goal is to provide the highest level of quality service. While we regret you feel Chase has discriminated against African American veterans, you were unable to provide us with any specific loan information to for us to research. If you have any additional information, please contact us at any of the numbers listed below.

If you are interested in purchasing any of our Chase-owned properties, please visit us at Chase.com/reo for the most recent listings.

We appreciate your service to our country. If you have any questions, please call Jamela Turley at 1-888-310-7995, extension 3200470. For information about additional benefits, we offer to active Servicemembers or Veterans, please visit ChaseMilitary.com.

Sincerely,

Mortgage Banking Executive Office
1-888-310-7995
1-800-582-0542 TTY
www.chase.com

cc: Consumer Financial Protection Bureau, case 150605-000853

Exhibit 5

CR35461
EX16D





Wells Fargo
P.O. Box 10335
Des Moines, IA 50306-0335

June 11, 2015

Samuel Patterson, Jr.
1244 Northpoint Drive, Unit A
San Francisco, CA 94103

Subject: Acknowledgment - receipt of inquiry

Dear Samuel Patterson, Jr.:

We're writing to inform you that we've received an inquiry from the Consumer Financial Protection Bureau on your behalf and it's currently being reviewed.

We expect to complete our research and provide the Consumer Financial Protection Bureau and you with the results on or before June 24, 2015. In the event additional time is needed we will contact the Consumer Financial Protection Bureau and you.

We value your feedback and appreciate the time and effort you took to bring your inquiry to our attention.

If you have questions during our review process, please call us at 1-800-853-8516. We are available to assist you Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Leesa Whitt-Potter
Leesa Whitt-Potter
Senior Vice President
Wells Fargo Home Lending

# Exhibit 6

In order to remain compliant with state and federal guidelines, if you have engaged legal counsel for any litigation, including bankruptcy, we will communicate with them going forward.

CC503/JMN/co1411359/ge3852605/cINA

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801



cfpb  Consumer Financial
      Protection Bureau

P Cl. Rox 4503
Iowa City, Iowa 52244

June 26, 2015

Samuel Patterson
1244 Northpoint Dr. Unit A
San Francisco, CA  94103

Subject: Your submission, number 150605-002190

Dear Samuel Patterson:

The company has provided a partial response to your complaint, number 150605-002190,
describing the steps taken so far to address your issue. They stated they are still working
on your issue, and you should hear from them again within 60 days.

View the details of your complaint and the company's response so far at:
help.consumerfinance.gov/app/account/complaints/list.

We will let you know as soon as we receive an update about your complaint.

New CFPB mortgage rules protect borrowers and make it easier for them to get the help
they need. Submitting a complaint won't automatically stop or delay foreclosure, but if
you're behind on your mortgage, or having a hard time making payments, call us at (855)
411-CFPB (2372). We can help you find a housing counselor in your area who can
develop a plan of action for your situation and help you work with your mortgage
company. Foreclosure prevention help is free and special assistance may be available to
military members or veterans. You can find more information on mortgages at:
http://www.consumerfinance.gov/mortgage/

Thank you,

Consumer Financial Protection Bureau
consumerfinance.gov
(855) 411-CFPB (2372)

Exhibit 7

consumerfinance.gov

June 11, 2015

Samuel Patterson
1244 Northpoint Dr, Unit A
San Francisco, CA  94103

Subject: Your submission, number 150608-000056

Dear Samuel Patterson:

Our Office of Consumer Response has received your submission from the Federal
Reserve and will review it as soon as possible to determine if it involves a Federal
consumer financial law within our authority.

Depending on what we find, we will either:

- Send your complaint to the company for a response; or
- Send your complaint to the appropriate regulator or help you get in touch with
  your state and local consumer protection office if your complaint is not within
  our authority; or
- Let you know if we need more information to continue our work.

While we can't give legal advice or represent individuals in legal matters, if you want
more help you can contact a private attorney or your local legal aid office for free or low-
cost legal resources at www.lsc.gov.

You can register to track the status of your submission at:
https://help.consumerfinance.gov/app/account/complaints/list.

New CFPB mortgage rules protect borrowers and make it easier for them to get the help
they need. Submitting a complaint won't automatically stop or delay foreclosure, but if
you're behind on your mortgage, or having a hard time making payments, call us at (855)
411-CFPB (2372). We can help you find a housing counselor in your area who can
develop a plan of action for your situation and help you work with your mortgage
company. Foreclosure prevention help is free and special assistance may be available to

Exhibit 8

22/Aug/2017 10:17:52 AM                    Bank of America 415-216-0707                    24/32

EXhibiT 4



## Community Revitalization and Property Donation Event Information
### Making our interactions more human through our events

- The following list highlights select Bank of America community revitalization promotional and volunteer events over the next 90 days.
- These events highlight properties the Bank has donated to nonprofit organizations and municipalities.
- Promotional events include home dedication and ribbon cutting ceremonies, homeowner recognition events, and neighborhood impact success stories.
- Volunteer events include projects where our leadership teams and associates rehabilitate properties donated by the Bank.
- In 2013, the Bank has participated in over 200 events across the country.
- Bank participation at Promotional events is by invitation only, or confirmed through the Bank of America Community Volunteer Portal for Volunteer events.
- For additional information or questions about our events, please e-mail PropertyDonation@BankofAmerica.com.

*This information was last updated on 2/21/14.

### Upcoming Community Revitalization and Property Donation Events

| Confirmed Event Date | Organization Name | Program Focus Area | Event Type | Event City | Event State | Event Venue |
|---|---|---|---|---|---|---|
| 2/22/2014 | Habitat for Humanity Lake County Illinois | Community Development | Volunteer Project | Waukegan | IL | Donated Property |
| 2/23/2014 | Habitat for Humanity Golden Empire | Community Development | Home Dedication | Delano | CA | Donated Property |
| 2/28/2014 | Military Warriors Support Foundation | Military | Home Dedication | Atlanta | GA | Donated Property |
| 3/1/2014 | Habitat for Humanity Lake County Illinois | Community Development | Volunteer Project | Waukegan | IL | Donated Property |
| 3/1/2014 | Military Warriors Support Foundation | Military | Recipient Recognition | Newark | NJ | Prudential Center |
| 3/7/2014 | Military Warriors Support Foundation | Military | Recipient Recognition | Louisville | KY | KFC Yum! Arena |
| 3/8/2014 | Habitat for Humanity Saint Louis | Community Development | Volunteer Project | Florissant | MO | Donated Property |
| 3/8/2014 | Habitat for Humanity Newnan-Coweta | Community Development | Volunteer Project | Noonan | GA | Donated Property |
| 3/8/2014 | Habitat for Humanity Williamson County | Community Development | Home Dedication | Georgetown | TX | Donated Property |
| 3/14/2014 | Habitat for Humanity Trinity | Community Development | Volunteer Project | Fort Worth | TX | Donated Property |
| 3/20/2014 | Habitat for Humanity DuPage | Community Development | Home Dedication | Bloomingdale | IL | Donated Property |
| 3/22/2014 | Habitat for Humanity Omaha | Community Development | Volunteer Project | Omaha | NE | Donated Property |
| 3/22/2014 | Habitat for Humanity Northern Fox Valley | Community Development | Volunteer Project | Carpentersville | IL | Donated Property |
| 3/28/2014 | Habitat for Humanity Lake County Illinois | Community Development | Volunteer Project | Waukegan | IL | Donated Property |

E*hibiT 10*



**Financial Literacy Seminar — San Francisco**
Brian L Butler  to: raymond.owens                                        01/08/2013 02:28 PM
Cc: Teri L Charest, Lisa M Joyner

History:          This message has been forwarded.

Ray:
From our conversation I understand that we have been requested to put on a Financial Literacy Seminar
in SF that you will be involved in. When you find out details about CMDR. Patterson's request, and the
request from the TV reporter specifically, please advise. I am looping in here Teri Charest of Public
Relations as she will be involved in helping you with the interview when appropriate.
Rob Wasserman's seminar in St. Louis was held at the Community Development Corp. offices there, I'd
be interested in details of the organization, their expectations, how the veterans will hear about the
seminar and all else pointing toward the 3/15 kickoff you mentioned. His seminar was quite detailed and
hopefully it will work well for you.
I can provide some handouts for your audience such as pens, thank you cards and coins for the leaders of
the non-profit organization and we'll discuss that later.
thanks
Brian

Here is an overview of our Proud to Serve program

Brian L. Butler
U.S. Bank
Military Program Manager
858-530-9511
brian.butler1@usbank.com



U.S. Bank — We are Proud to Serve     Proud to Serve Overview 8-7-12 MMWR22493.pdf

EXhibiT 10

## Training & Development
U.S. Bank managers understand the obligations of military employees and the challenges
that they and their families face.
- Managers receive formal instruction on policies and procedures pertaining to
  military employees.
- MentorConnect, U.S. Bank's mentoring program, helps veterans become
  mentors or mentees.
- U.S. Bank uses Employer Support of The Guard & Reserve (ESGR) materials
  for training.

## Community Outreach & Sponsorships
U.S. Bank partners with many military service organizations, including the USO, Wounded
Warriors Foundation, Armed Services YMCA, Operation Homefront, Mission Continues and
Troops Direct.
- Through the Development Network, U.S. Bank's 60-chapter volunteer network, hundreds
  of employees worked on more than 50 projects and events in conjunction with the military
  and military families in 2011.
- In 2012, we were selected by the State of Minnesota to join an Employment Resource
  Team that traveled to Kuwait to teach job-search skills to National Guard troops.
- Military customers receive free ATM transactions, free checks, free internet banking,
  waived maintenance fees and more.
- In 2011, we established the U.S. Bank Service Center, which is dedicated to answering
  the questions of military customers.
- Our key alliances include Yellow Ribbon/Minnesota, ESGR, Joining Forces/White House
  Initiative, and The Military Spouse Employment Partnership (MSEP).

## Employee Engagement
We encourage employees to participate in opportunities to honor and support the military. We
also ask employee veterans to self-identify so that they can receive ongoing updates on the
activities and resources available through the Proud to Serve program.
- We created a Proud to Service intranet site for employee veterans and other interested
  employees that features Proud to Serve news and resources.
- We have an internal social networking forum that facilitates discussion among
  employees who are interested in the military and veterans.
- We offer free Proud to Serve lapel pins, thank-you cards and wristbands to employees.
- Projects such as our Memorial Day Wall of Remembrances and Veterans Day photo
  mosaic give employees an opportunity to publicly honor veterans in their lives.

## Honors
- In 2012, U.S. Bank received a Yellow Ribbon proclamation from the State of Minnesota for its
  ongoing commitment to support military families.
- In 2011, U.S. Bank received ESGR's Above and Beyond Award as one of Minnesota's
  primary supporters of employees serving in the National Guard or Reserve.
- Eleven U.S. Bank managers received ESGR Patriot Awards in 2011 for their support of
  employees who were facing the challenges of deployment.
- *Military Times* magazine named U.S. Bank as one of just 39 companies in its Best of Vets
  annual survey for 2012.
- *G.I. Jobs* magazine selected U.S. Bank as one its top 100 Military Friendly Employers
  for 2012.

*For more information, please contact Brian Butler, Military Program Manager, 858-530-9511,
brian.butler1@usbank.com.*

*August 2012*

All of us serving you™



22/Aug/2017 10:17:52 AM          Bank of America 415-216-0707

Page 2

POST 0108 AMERICAN LEGION

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | WASHINGTON | DONALD | 1431 HALIBUT CT | SAN FRANCISCO | CA | 94130 | | 2015 | 1 | CA POST 01 |
| X | WATKINS | JOSEPH | 150 OTIS ST STE 303 | SAN FRANCISCO | CA | 94103 | | 2015 | 2 | CA POST 01 |
| X | WELLS | ARDELLE | 1625 ROOSEVELT AVE | RICHMOND | CA | 94801 | | 2015 | 1 | CA POST 01 |
| X | WILLIAMS | RONALD | 2238 84TH AVE | OAKLAND | CA | 94605 | | 2015 | 3 | CA POST 01 |
| X | WILLIAMS | RUDOLPH | 655 S 65TH ST | EL CERRITO | CA | 94530 | | 2015 | 1 | CA POST 01 |
| X | WILSON | REGINALD | 2830 INTERNATIONAL BLVD | OAKLAND | CA | 94601 | | 2015 | 1 | CA POST 01 |
| X | WOODS | WOODROW | 2651 SAN PABLO AVE UNIT 219 | OAKLAND | CA | 94612 | 510-898-7878 | 2015 | 2 | CA POST 01 |

41 Members

** Note: A means active membership, X means expired membership.

Exhibit 11

22/Aug/2017 10:17:52 AM                    Bank of America 415-216-0707                    6/27/2017 5:33:05 PM

| Name | First | Address | City | State | Zip | Phone | Email | Year | # | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 94819 | 510-533-9639 | | 1018 | 1 | DM 820 |
| ADAMS | CHARLES | 3908 BROOKDALE AVE | OAKLAND | CA | 94621 | | | 2018 | 2 | CA PO |
| ALLEN | ESTHER | 5838 E 17TH ST | OAKLAND | CA | 94621 | | | 2018 | 3 | CA PO |
| ANDERSON | EDWARD | 2661 SAN PABLO AVE STE 217 | OAKLAND | CA | 94612 | 510-875-8149 | | 2018 | 2 | CA PO |
| ARCHIE | NORMAN | 504 WAYNE AVE APT 504 | OAKLAND | CA | 94124 | 510-843-8448 | | 2018 | 1 | CA PO |
| BERRY | GLORIA | 1498 HAWES ST APT C | SAN FRANCISCO | CA | | | johnson@aol.com | 2018 | 1 | CA PO |
| BLACKMON | JERRY | 1202 WALPERT ST APT 18 | HAYWARD | CA | 94541 | 510-774-8772 | | 2018 | 3 | CA PO |
| BOXTON | JOSEPH | 11038 SHEPARD DR | HANFORD | CA | 93230 | | | 2018 | 2 | CA PO |
| BROWN | KERNELL | PO BOX 98372 | EMERYVILLE | CA | 94662 | 510-883-1610 | | 2018 | 1 | CA PO |
| COLEMAN | KEVIN | 419 FLORENCE ST | DALY CITY | CA | 94014 | | | 2018 | 2 | CA PO |
| CULTER | KENNETH | 11 LOBOS ST | SAN FRANCISCO | CA | 94804 | | | 2018 | 1 | CA PO |
| CUMMINGS | SHELTON | 128 HARBOUR WAY | RICHMOND | CA | 94807 | | valsdchawe@gmail.com | 2018 | 1 | CA PO |
| DELANEY | WILL | 1018 12TH ST APT 1 | OAKLAND | CA | | | | 2018 | 2 | CA PO |
| GANT | MICHAEL | 334 TEDDY ST | SAN FRANCISCO | CA | 94134 | | | 2018 | 1 | CA PO |
| GREEN | WILLIE | 184 ROBLES WAY # 709 | VALLEJO | CA | 94591 | | | 2018 | 6 | CA PO |
| HAMMOND | ROBERT | 671 TURK ST APT 402 | SAN FRANCISCO | CA | 94102 | | | 2018 | 1 | CA PO |
| HOLMES | IAN | 448 WASHINGTON ST | SAN FRANCISCO | CA | 94111 | | | 2018 | 1 | CA PO |
| INGRAHAM | GARLAND | PO BOX 20300 | EL SOBRANTE | CA | 94820 | | | 2018 | 1 | CA PO |
| JEFFREY | JOHN | 1508 GOLDEN GATE AVE APT 104 | SAN FRANCISCO | CA | 94118 | | | 2017 | 6 | CA PO |
| KUMAR | LANA | 2664 N 16TH ST APT 27 | OAKLAND | CA | 94601 | | | 2015 | 4 | CA PO |
| LEWIS | A AURA | 1720 MACARTHUR BLVD UNIT 612 | OAKLAND | CA | 94602 | 510-322-8486 | aurorelewis@yahoo.com | 2016 | 1 | CA PO |
| MAJOR | TERRY | 2040 OFARRELL # 108 | SAN FRANCISCO | CA | 94115 | | | 2016 | 1 | CA PO |
| MARTIN | ROBERT | PO BOX 640462 | SAN FRANCISCO | CA | 94164 | | | 2018 | 2 | CA PO |
| MCGOWAN | SHEILA | PO BOX 249061 | SACRAMENTO | CA | 95824 | | | 2016 | 2 | CA PO |
| MORGARY | MILLARD | 1118 WOOD ST | OAKLAND | CA | 94607 | | | 2017 | 6 | CA PO |
| PATTERSON | SAMUEL | 1244 N POINT DR UNIT A | SAN FRANCISCO | CA | 94130 | | | 2017 | 6 | CA PO |
| PRIESTLY | LEONARD | 2323 PINE ST | SAN FRANCISCO | CA | | 415-368-8480 | leonardzsnogh@yahoo.com | 2018 | 3 | CA PO |
| REED | ODELL | 630 NONGUCH WAY | WINDER | GA | 30680 | | | 2018 | 3 | CA PO |
| ROBERTS | MELVIN | 2661 SAN PABLO AVE STE 219 | OAKLAND | CA | 94612 | 510-932-8053 | | 2017 | 1 | CA PO |
| ROBINSON | VELMA | PO BOX 453 | HAYWARD | CA | 94543 | | | 2017 | 6 | CA PO |
| ROWDEN | RAYMOND | 100 S CASHMERE ST | SAN FRANCISCO | CA | 94124 | | | 2018 | 1 | CA PO |
| SAMS | GILBERT | 989 CAPITOL AVE | SAN FRANCISCO | CA | 94112 | 415-532-7918 | | 2019 | 1 | CA PO |
| SANTOYA | ROBERT | 104 CAINE ST | OAKLAND | CA | 94112 | | | 2018 | 3 | CA PO |
| SELF | JAMES | 966 33RD ST | OAKLAND | CA | 94608 | 510-485-0550 | | 2018 | 2 | CA PO |
| THOMAS | JAMES | 274 BYXBEE ST | SAN FRANCISCO | CA | 94132 | | | | | |

Exhibit 11

ge 1

22/Aug/2017 10:17:52 AM          Bank of America 415-216-0707

SAMUEL PATTERSON JR.

1244 NORTHPOINT DR. UNIT A

SAN FRANCISCO CA. 94103

IN PRO-PER

415-796-2849 HOME PHONE


SUERRIOR COURT OF CALIFORNIA COUNTY

SAN FRANCISCO SUPERIOR COURT 400 McALLISTER

ROOM 103 SAN FRANCISCO CA. 94102-4512

CASE NUMBER

ADDRESS OF THE DEFENDANT'S


1.CITI BANK ONE SANSOME ST. 22ND FLOOR SAN FRANCISCO CA. 94104

2. BANK OF AMERICA, CA5-140-01. 33 MONTGOMERY ST. SAN FRANCISCO CA. 94105

3. WELLS FARGO BANK 500 12TH ST. SUITE 150 OAKLAND CA. 94591

4. CHASE BANK 1390 S. MAIN ST. FL 01 WALNUT CREEK, CA. 9454309

**SAMUEL PATTERSON JR.**

**1244 NORTHPOINT DR. UNIT A**

**SAN FRANCISCO CA. 94103**

**IN PRO-PER**

**415-796-2849 HOME PHONE**

**SUERRIOR COURT OF CALIFORNIA COUNTY**

**SAN FRANCISCO SUPERIOR COURT 400 McALLISTER**

**ROOM 103 SAN FRANCISCO CA. 94102-4512**

**1_____DOES**                          **CASE NUMBER**

**WOMEN AUXILIARY PLAINTIFF'S**            **RACISM**

**1. ONEISHA DUNSON**                       **RACE DISCRIMINATION**
**2. ARLEND HARRIS**                        **TORT DAMAGES**
**3. RAUSHANAH RILES**                      **BREECH OF CONTRACT**
**4. TIFFANY WILLIAMS**
**5. LANA RENEE COLEMAN KUMAR**
**6. ONEISHA DUNSON**
**7. MS. VICTORIA KNOX-OLIVER**

PATTERSON AND ALL VS. BANK OF AMERICA, CHASE, CITI, AND WELLS FARGO BANKS: PAGE 11:

## CONCLUSION:

THE PLANTIFF'S IN THE ABOVE TITLE ACTION WILL PROVE TO THE COURT, THAT CHASE BANK, CITI BANK, BANK OF AMERICA, & WELLS FARGO BANK ARE RACIST TOWARDS AFRICAN AMERICAN VETERANS, THROUGH REDLING, BREECH OF CONTRACT & TORT DAMAGES AGAINST AFRICAN AMERICANS THROUGH THEIR STATE CRA PROGRAM.


ALL THE BANKS UNDERSTAND THAT EACH PLAINTIFF'S CREDIT SCORE IS DIFFERENT & TAKES UP TO 2 YEARS TO QUALIFY FOR THEIR HOME LOAN, INCOME PROPERTY LOAN OR SMALL BUSINESS LOAN. SOME PLAINTIFF'S WILL TAKE A SHORTER TIME, BUT ONCE THE VETERANS COMMUNITY WORKSHOPS BBEGIN EACH VETERAN HAS UP TO TWO YEARS TO WORK ON HIS OR HER CREDIT REPAIR AND OTHER FINANCIAL ISSUES TO QUALIFY FOR THEIR HOME. THE PLAINTIFF'S HAVE TO FILE FOR THEIR PTSD BENEFITS, SERVICE CONNECTED BENEFITS, AND NON SERVICE CONNECTED BENEFIT WHICH WILL TAKE A WHILE.

MOST OF THE PLAINTIFF'S ARE SUFFERING MENTAL DISORDERS AND FINANCIAL HARDSHIPS, BECAUSE OF THIS RACISM FROM THE 4 BANKS. THE PLAINTIFF'S SERVED THIS NATION, RECEIVED AN HONORABLE DISCHARGE, YET CANT



PAge 12

PARTICATE IN AMERICA PROGRAS, EVEN THOUGH PRORAMS
ARE IN PLACE TO HELP THEM.

IT PAINS THE AFRICAN AMERICAN VETERAN THAT FOR
SERVING THIS NATION THEY CAN'T PARTICIPATE IN THE
VETERANS HOME DONATION PROGRAM LIKE OTHER
VETERANS IN AMERICA.

THE PLAINTIFF'S ARE SEEKING $300.000.000 PUNTIVE
DAMAGES FOR MENTAL TORT DAMAGES PROPERTY
DAMAGES FOR THEIR FAMILIES, AND BREECH OF CONTRACT
BY THE CRA PROGRAM FOR THE STATE OF CALIFORNIA.

MR. SAMUEL PATTERSON JR.

_Samuel Patter_____    8-18-17

